Ross Cornell, Esq. (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email: *rc@rosscornelllaw.com*
P.O. Box 1989 # 305  Big Bear Lake,
Los Angeles, CA  90036

Phone: (562) 612-1708
Fax: (562) 394-9556

Attorney of Record for Plaintiff,
Bryan Estrada

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryan Estrada,<br><br>Plaintiff,<br><br>v.<br><br>Fallbrook Animal Hospital, Inc., et al.<br><br>Defendants. | Case No.:<br>3:21-cv-01553-L-BGS<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE UNITED STATES DISTRICT COURT AND TO THE CLERK OF THE COURT:**

The parties hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled in its entirety as to all parties and all causes of action. The parties expect to consummate the settlement and have a joint motion to dismiss and proposed order for dismissal on file by December 6, 2021.

Respectfully submitted,

Dated: November 15, 2021          By: /s/ *Ross Cornell*
                                      Ross Cornell, Esq.,
                                      Attorneys for Plaintiff,
                                      Bryan Estrada

Dated: November 15, 2021          By: /s/ *Georgianna Regnier*
                                      Georgianna Regnier, Esq.,
                                      Attorneys for Defendants,
                                      Nabil Nasre and Susan Nasre

Dated: November 15, 2021          By: /s/ *Beverly Bradshaw*
                                      Beverly Bradshaw, Esq.,
                                      Attorneys for Defendant,
                                      Fallbrook Animal Hospital, Inc.