Ross Cornell, Esq. (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email: *rc@rosscornelllaw.com*
P.O. Box 1989 # 305
Big Bear Lake, CA 92315
Phone: (562) 612-1708
Email: rc@rosscornelllaw.com

Attorneys of record for Plaintiff,
BRYAN ESTRADA

[*Additional Counsel on Following Page*]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryan Estrada,<br><br>Plaintiff,<br><br>v.<br><br>Fallbrook Animal Hospital, Inc., et al.<br><br>Defendants. | Case No.:<br>3:21-cv-01553-L-BGS<br><br>**JOINT MOTION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

1  Georgianna Regnier (SBN 102437)
2  SCHNEIDERS & ASSOCIATES LLP
3  300 E. Esplanade Drive, Ste. 1980
   Oxnard, California 93036
4  Phone: (805) 764-6370
5  Email: gregnier@rstlegal.com

6  Attorneys of record for Defendants,
7  NABIL NASRE and SUZAN NASRE

8
   Beverly A. Bradshaw (SBN 266663)
9  BRADSHAW LEGAL
10 23986 Aliso Creek Road #332
   Laguna Niguel, CA 92677
11 Phone: 949.988.0061
12 Email: beverly@bradshawlegal.com

13
   Attorneys for Defendant,
14 FALLBROOK ANIMAL HOSPITAL, INC.

-2-
**JOINT MOTION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

**TO THE HONORABLE UNITED STATES DISTRICT COURT AND TO THE CLERK OF THE COURT:**

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff BRYAN ESTRADA and Defendants FALLBROOK ANIMAL HOSPITAL, INC., NABIL NASRE and SUZAN NASRE, by and through their attorneys of record, hereby stipulate and request dismissal of the entire above-entitled civil action with prejudice, including all causes of action. Each of the undersigned parties agrees that it shall bear its own costs and attorney's fees associated with this matter.

Respectfully submitted,

Dated: December 3, 2021     LAW OFFICES OF ROSS CORNELL, APC

By: /s/ *Ross Cornell*
Ross Cornell, Esq.,
Attorneys for Plaintiff,
BRYAN ESTRADA

Dated: November 29, 2021    BRADSHAW LEGAL

By: /s/ *Beverly A. Bradshaw*
Beverly A. Bradshaw, Esq.,
Attorneys for Defendant,
FALLBROOK ANIMAL HOSPITAL, INC.

[*Additional Signatures on Following Page*]

−3−
**JOINT MOTION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

Dated: November 29, 2021     SCHNEIDERS & ASSOCIATES LLP

                                                By:  /s/ *Georgianna Regnier*
                                                   Georgianna Regnier, Esq.,
                                                   Attorneys for Defendants,
                                                   NABIL NASRE and SUZAN NASRE

## **CERTIFICATION OF CONSENT**

      I, Ross Cornell, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 3, 2021     LAW OFFICES OF ROSS CORNELL, APC

                                                By:  /s/ *Ross Cornell*
                                                   Ross Cornell, Esq.,
                                                   Attorneys for Plaintiff,
                                                   BRYAN ESTRADA

**JOINT MOTION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**