# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryan Estrada,<br><br>                      Plaintiff,<br><br>v.<br><br>Fallbrook Animal Hospital, Inc., et al.<br><br>                      Defendants. | Case No.:<br>3:21-cv-01553-L-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), the Joint Motion for Voluntary Dismissal of Entire Action with Prejudice (ECF No. 19) is granted. This action is dismissed with prejudice.  The parties shall each bear their own respective costs and attorney's fees associated with this matter.

**IT IS SO ORDERED.**

Dated:  December 6, 2021

Hon. M. James Lorenz
United States District Judge